# EXHIBIT 2



https://www.invitae.com/en/providers/gia-chatbot
Accessed on August 30, 2021







