# EXHIBIT 3

5/20/22, 3:48 PM  Invitae - Invitae expands capabilities of its advanced clinical chatbot Gia, enhancing telemedicine support for patients and clinicians

Case 5:22-cv-03002-SVK  Document 1-3  Filed 05/20/22  Page 2 of 3



IR HOME   NEWS & EVENTS   FINANCIALS   STOCK INFO   LEADERSHIP   RESOURCES

# News & Events

**Press releases**   Events   Presentations

## Press releases

View full list

February 23, 2021

### Invitae expands capabilities of its advanced clinical chatbot Gia, enhancing telemedicine support for patients and clinicians

-- Clinicians can now share test results reports with patients directly, reducing delays and need for in-person visits --

SAN FRANCISCO, Feb. 23, 2021 /PRNewswire/ -- Invitae Corporation (NYSE: NVTA), a leading medical genetics company, today announced expanded capabilities that enable clinicians to use its advanced clinical chatbot Gia to guide their patients in an intuitive, enjoyable and telemedicine-friendly conversation through receiving and understanding genetic test results and possible next steps, including scheduling a call with a genetics counselor.



"While the pandemic brought new urgency to the need for telemedicine-friendly patient tools, we've known for a long time that Gia can make the genetic testing process easier and more accessible for both patients and clinicians," said Moran Snir, co-developer of Gia and head of experience platform at Invitae. "By adding support for returning results to Gia's capabilities, we can help reduce delays caused by wait lists for in-person appointments and hours of travel to appointments, while freeing up genetic counselors to provide intensive counseling and support for patients who need it. These kinds of tools are essential for helping more clinicians incorporate genetics into routine clinical care for their patients."

Gia provides an industry-leading patient genetics chatbot experience. The chatbot is integrated into software that supports clinical workflow throughout the genetic testing process, from pretest education to family history gathering and ordering support and continuing through post-test education. Coupled with Invitae's full suite of software solutions that provide comprehensive workflow support, a wide variety of clinicians such as obstetrician/gynecologists, oncologists and genetic counselors can use Gia to help them integrate routine genetic testing into patient care. Importantly, chatbot technology also helps clinicians overcome disparities in access to genetic information by addressing language and socioeconomic barriers.

Gia, which stands for "genetic information assistant," was designed in partnership with genetic counselors to help streamline communication between patients and clinicians. Launched in 2017 and deployed by major academic health systems, the platform has helped more than 100,000 patients with pretest education and intake and post-test counseling. Gia is HIPAA-compliant and has a 92% satisfaction rate among patients. Gia is available to clinicians in the United States.

To learn more, visit www.invitae.com/gia.

**About Invitae**
Invitae Corporation (NYSE: NVTA) is a leading medical genetics company, whose mission is to bring comprehensive genetic information into mainstream medicine to improve healthcare for billions of people. Invitae's goal is to aggregate the world's genetic tests into a single service with higher quality, faster turnaround time, and lower prices. For more information, visit the company's website at invitae.com.

**Safe Harbor Statement**
This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including

---

NYSE: NVTA

$**3.63**

-0.09 -2.42%

Volume:   7,678,428

*20 minute delay*

**INVESTOR TOOLKIT**

- Invitae's First Quarter 2022 Financial Results Conference Call
- Invitae Reports $123.7 Million in Revenue in First Quarter of 2022 and Extends Cash Runway
- First Quarter 2022 Financial Results Conference Call Earnings Presentation
- 10-Q

**FEATURE PRESENTATION**



Bringing genetic information into mainstream medical practice.

VIEW

**EMAIL ALERTS**



5/20/22, 3:49 PM  Invitae - Invitae expands capabilities of its advanced clinical chatbot Gia, enhancing telemedicine support for patients and clinicians

Case 5:22-cv-03002-SVK  Document 1-3  Filed 05/20/22  Page 3 of 3



IR HOME    NEWS & EVENTS    FINANCIALS    STOCK INFO    LEADERSHIP    RESOURCES

manage growth effectively; the company's need to scale its infrastructure in advance of demand for its tests and to increase demand for its tests; the company's ability to use rapidly changing genetic data to interpret test results accurately and consistently; security breaches, loss of data and other disruptions; laws and regulations applicable to the company's business; and the other risks set forth in the company's filings with the Securities and Exchange Commission, including the risks set forth in the company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2020. These forward-looking statements speak only as of the date hereof, and Invitae Corporation disclaims any obligation to update these forward-looking statements.

Contact:
Laura D'Angelo

pr@invitae.com

(628) 213-3283

### 

View original content to download multimedia:http://www.prnewswire.com/news-releases/invitae-expands-capabilities-of-its-advanced-clinical-chatbot-gia-enhancing-telemedicine-support-for-patients-and-clinicians-301233020.html

SOURCE Invitae Corporation

your email

Press Release
SEC Filing
Presentation
Event
End of Day Stock Quote

SUBMIT

Unsubscribe

INVESTOR CONTACT

1400 16th St.
San Francisco, CA, 94103
Email: ir@invitae.com



Privacy    Terms    Licensing    Contact

  

© Invitae Corporation. All rights reserved.

Powered By Q4 Inc. 5.71.0.1

