CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorneys for Plaintiff*
OptraHealth, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTRAHEALTH, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INVITAE CORPORATION,<br><br>　　　　Defendant. | Case No.: 5:22-cv-03002<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Signature, Attorney of Record.

Respectfully Submitted,

Dated: May 20, 2022                ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
Chris J. Zhen (State Bar No. 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorneys for Plaintiff, OptraHealth, Inc.*

-2-
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS      CASE NO.: 5:22-CV-03002