K. Lee Marshall, SBN 277795
klmarshall@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3400

Erin A. Kelly (*pro hac vice* to be filed)
erin.kelly@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Ste. 4100
Denver, CO  80203
Telephone:  (303) 861-7000

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| OPTRAHEATH, INC.,<br><br>                 Plaintiff,<br><br>        v.<br><br>INVITAE CORPORATION,<br><br>                 Defendant. | Case No.: 5:22-cv-03002-HSG<br><br>Hon. Haywood S. Gilliam Jr.<br><br>**ORDER GRANTING INVITAE CORPORATION'S NOTICE OF MOTION AND EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO OPTRAHEALTH'S COMPLAINT**<br><br>Complaint Filed:   May 20, 2022<br><br>Trial Date:            Not Assigned |

**ORDER**

Having read and considered the Ex Parte Motion for Extension of Time to Answer or Otherwise Respond, and good cause appearing therefor,

Defendant Invitae Corporation's Ex Parte Motion for Extension of Time to Answer or Otherwise Respond to OptraHealth's Complaint is GRANTED.

Defendant Invitae Corporation shall have until Monday, August 1, 2022 to file an answer or otherwise respond to OptraHealth's complaint.

Dated:   7/22/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.